UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | MAGISTRATE ACTION NO. C-07-143-2 |
| | § | |
| MARTHA JANE WALTON, | § | |
| | § | |
| Defendant. | § | |

**MEMORANDUM OPINION AND ORDER OF DETENTION PENDING TRIAL**

A detention hearing has been held in accordance with the Bail Reform Act, 18 U.S.C. § 3142(f).

The following requires detention of the defendant pending trial in this case:

(1)    There is probable cause to believe the defendant committed an offense for which a

maximum term of imprisonment of ten years or more is prescribed in 21 U.S.C. § 841(b)(1)(B); and

(2)    The defendant has not rebutted the presumption that no condition or combination of

conditions will reasonably assure the appearance of the defendant as required and the safety of the

community.

The evidence against the defendant meets the probable cause standard.  The findings and

conclusions contained in the Pretrial Services Report are adopted.  The defendant faces a five-year

minimum mandatory sentence and deportation if convicted.

The defendant is committed to the custody of the Attorney General or his designated

representative for confinement in a corrections facility separate, to the extent practicable, from persons

awaiting or serving sentences or being held in custody pending appeal.  The defendant shall be afforded a

reasonable opportunity for private consultation with defense counsel.  On order of a court of the United

States or on request of an attorney for the Government, the person in charge of the corrections facility

shall deliver the defendant to the United States marshal for the purpose of an appearance in connection with a court proceeding.

ORDERED this 28th day of March, 2007.


B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE